**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SIMONA JACKSON,                                              :
                                                            :
                        Plaintiff,                          :            23-CV-11057 (ALC) (OTW)
                                                            :
           -against-                                        :            **ORDER TO STRIKE**
                                                            :
JEFFREY CLARK, et al.,                                      :
                                                            :
                        Defendants.                         :
                                                            :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court's recent order at ECF 33 was entered in error. Accordingly, the Clerk of Court

is respectfully directed to **strike ECF 33 from the docket.**

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: December 10, 2025                **Ona T. Wang**
        New York, New York              United States Magistrate Judge